IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Lane, Samuel D | Case Number:  07 B 19622 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/10/08 | Filed:  10/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  April 24, 2008
Confirmed:  December 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,500.00 | |
| Secured: | | 4,256.34 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 243.66 |
| Other Funds: | | 0.00 |
| Totals: | 4,500.00 | 4,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ocwen Loan Servicing LLC | Secured | 11,928.49 | 2,110.03 |
| 2. | GRP Financial Services Corporation | Secured | 6,087.80 | 1,884.52 |
| 3. | Dell Financial Services, Inc | Secured | 1,124.45 | 205.73 |
| 4. | City Of Chicago | Secured | 453.77 | 56.06 |
| 5. | American General Finance | Secured | 10,355.03 | 0.00 |
| 6. | City Of Chicago | Secured | 363.02 | 0.00 |
| 7. | GRP Financial Services Corporation | Secured | 8,360.34 | 0.00 |
| 8. | Ocwen Loan Servicing LLC | Secured | 9,851.84 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 2,072.63 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 690.07 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 3,163.70 | 0.00 |
| 12. | Dell Financial Services, Inc | Unsecured | 950.27 | 0.00 |
| 13. | Yolanda Robinson | Priority | | No Claim Filed |
| 14. | Bankcard Services | Unsecured | | No Claim Filed |
| 15. | Roaman's | Unsecured | | No Claim Filed |
| 16. | Brylane Homes | Unsecured | | No Claim Filed |
| 17. | Lane Bryant | Unsecured | | No Claim Filed |
| | | | $ 55,401.41 | $ 4,256.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 239.76 |
| 6.5% | 3.90 |
| | $ 243.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lane, Samuel D | Case Number: 07 B 19622 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/10/08 | Filed: 10/23/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _/s/ Mack_